
FILED
NOV 2 1 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ALLAN ROY GOODMAN, Defendant. | CR 19–43–M–DWM ORDER |

On November 21, 2019, the government filed three motions requesting the issuance of Writs of Habeas Corpus (for testimony) for three trial witnesses. (*See* Docs. 37, 38, and 39.) All three motions indicate that the defendant opposes the requested relief.

Accordingly, IT IS ORDERED that the defendant shall state the grounds of his opposition, if any, by 5:00 p.m. on November 25, 2019.

DATED this 21st day of November, 2019.

Donald W. Molloy, District Judge
United States District Court