IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–43–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ALLAN ROY GOODMAN, | |
| Defendant. | |

The Court having conducted *in camera* review of cooperating witnesses' pre-sentence reports for *Brady* and *Giglio* material,

IT IS ORDERED that on or before **December 9, 2019, at 5:00 p.m.**, unless already provided, the United States shall disclose to the defendant, in a reasonable manner, the following information:

(1) **Foley PSR:** paragraphs 8–11, 21, 27, 42–46, 49–61, 63–65, 84–90;

(2) **Perrine Draft PSR:** paragraphs 12–16, 23–26, 51–60, 64–75, 77–80, 100–104;

(3) **Jellison PSI:** Legal Status as set forth on page 1; Criminal History as set forth on page 2; Defendant's Statement as set forth on page 5; Plea Agreement as set forth on pages 6–8; **Jellison PSI Questionnaire:** Drug Use as set forth on page 5;

1

(4) **Lamere PSI:** Legal Status as set forth on page 1; Criminal History as set forth on pages 2–3; Defendant's Statement as set forth on page 5; Psychological Information and Chemical Use as set forth on page 6; Plea Agreement as set forth on pages 7–8;

(5) **Devereaux PSI:** Legal Status as set forth on page 1; Criminal History as set forth on page 2; Chemical Use as set forth on page 3; Plea Agreement as set forth on pages 3–4.

The government may summarize the information outlined above in a reasonable format. References to other persons, family members, or information implicating a third party's privacy right may be withheld. Insofar as this Order requires the disclosure of mental health information, the government may provide a simple summary stating the nature of the mental health issue, the relevant dates, and any prescribed medications. Similarly, disclosure of a witness' drug use may be limited to recent, admitted conduct.

This Order merely requires the disclosure of the above information and does not govern its admissibility at trial.

DATED this 6th day of December, 2019.

Donald W. Molloy, District Judge
United States District Court

09:48 A.M.