IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–43–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ALLAN ROY GOODMAN, | |
| Defendant. | |

On December 5, 2019, the defendant filed a pro se motion to substitute his appointed counsel on the grounds that counsel failed to file a motion to suppress. (Doc. 54.) At the December 9, 2019 hearing on the motion, the defendant, while under oath, reiterated his concern regarding the motion to suppress, but stated that he had no communication problems with his appointed counsel, he was willing to go to trial with him, and he is "a great attorney." Moreover, the Court has given the defendant leave to file a motion to suppress and set a hearing on the putative motion. (Doc. 62.) Accordingly,

IT IS ORDERED that the motion to substitute (Doc. 54) is DENIED.

DATED this 9th day of December, 2019.

/s/ Donald W. Molloy     12:18 P.M.
Donald W. Molloy, District Judge
United States District Court