FILED

DEC 12 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 19–43–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ALLAN ROY GOODMAN, | |
| Defendant. | |

Upon the oral motion of the defendant, IT IS ORDERED that the defendant has leave to seek a writ of habeas corpus for testimony for Robert Scott Flamand, who has been taken into custody by tribal law enforcement. *See* Fed. R. Crim. P. 17(b). A writ was previously issued for this witness upon motion of the government. (*See* Docs. 38, 43, 45.) Accordingly, IT IS ORDERED that the defendant's oral motion for writ is GRANTED. The Clerk of this Court is directed to issue a Writ of Habeas Corpus (for testimony) directing the CSKT Tribal Jail in Pablo, Montana, and the United States Marshal for the District of Montana, to

1

produce Robert Scott Flamand, before the Court at the Russell Smith Federal Courthouse in Missoula, Montana, at 9:00 a.m. on Monday, December 16, 2019. Robert Scott Flamand shall be returned to the custody of the CSKT Tribal Jail, Pablo, Montana at the conclusion of all proceedings in this case.

DATED this 12th day of December, 2019.

10:58 A.M.

Donald W. Molloy, District Judge
United States District Court