
FILED
DEC 16 2019
Clerk, U.S. District Court
District Of Montana
Missoula

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-043-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| ALLAN ROY GOODMAN, | |
| Defendant. | |

IT IS ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 16ᴸ day of December, 2019.

_____
Donald W. Molloy, District Judge
United States District Court