IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 19–43–M–DWM |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| vs. | |
| ALLAN ROY GOODMAN, | |
| Defendant. | |

THIS matter comes before the Court on the government's unopposed motion for a preliminary order of forfeiture. (Doc. 101.) On December 18, 2019, Defendant Allan Roy Goodman appeared before the Court during his jury trial and, after being found guilty of all eight counts named in his Superseding Indictment, agreed to the forfeiture allegations of his Superseding Indictment in open court. Allan's conviction provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11) and 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT the government's motion (Doc. 101) is GRANTED;

1

THAT Defendant Allan's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11) and 18 U.S.C. § 924(d):

- three silver scale weights;
- one Ruger LCP .380 pistol (S/N: 371-20396);
- nine rounds of 30-06 ammunition;
- four rounds 10 mm ammunition; and
- five rounds of .380 ammunition.

THAT the FBI, United States Marshal's Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 23rd day of December, 2019.

_____
Donald W. Molloy, District Judge
United States District Court