

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ALLAN ROY GOODMAN, Defendant. | CR 19-43-M-DWM ORDER |

The United States having moved unopposed to extend the deadline by which to respond to Defendant's Brief in Support of Oral Rule 29 motion,

IT IS ORDERED that the United States' motion (Doc. 104) is GRANTED.

The United States shall file its response on or before January 10, 2020.

DATED this 30th day of December, 2019.

12:04 P.M.

Donald W. Molloy, District Judge
United States District Court